UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: )<br>Ravindran Seshadri )<br> )<br> )<br> )<br> )<br> )<br>Debtor(s) ) | | BK No.:  20-06052<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS matter coming to be heard on the motion of Wells Fargo Bank, N.A, d/b/a Wells Fargo Auto, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

(1) Creditor's motion is granted pursuant to 11 U.S.C. Section 362(d), and Wells Fargo Bank, N.A, d/b/a Wells Fargo Auto its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit Wells Fargo to pursue its interest in its collateral, a certain  2008  BMW  5 Series, motor vehicle, VIN No. WBANV93578CZ69045.  In rem remedies only.

(2) Rule 4001(a)(3) is waived and Wells Fargo Bank, N.A, d/b/a Wells Fargo Auto may immediately enforce and implement this order granting relief from the automatic stay.

Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  May 22, 2020

**Prepared by:**

Joel P. Fonferko  ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-20-03563)